United States District Court
Southern District of Texas
**ENTERED**
January 27, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| ALEX JAVIER QUILUMBA COLLAGUAZO | § § § | |
| VS. | § | CIVIL ACTION NO. 5:26-cv-76 |
| MARIO GARCIA *et al.* | § § | |

### FINAL JUDGMENT

For the reasons the Court set forth in its Order, Petitioner's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (Dkt. No. 1) is **GRANTED IN PART** and **DENIED IN PART**. Accordingly, the Court **ENTERS** this final judgment. The Clerk of Court is **DIRECTED** to **TERMINATE** this civil action.

It is so **ORDERED**.

**SIGNED** January 26, 2026.

Marina Garcia Marmolejo
United States District Judge

1